IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARSHA STANLEY**                                                                                           **PLAINTIFF**

**v.**                                   **CASE NO. 4:24-CV-00014-BSM**

**DANIEL GAUDREAU**
**Chief Financial Officer of Bridgecrest**                                  **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 22nd day of February, 2024.

_____
UNITED STATES DISTRICT JUDGE